FILED
2013 Mar-15 AM 11:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES SINGLETERY,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:12-CV-2104-RDP |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 41), filed on March 14, 2013, the court hereby **ORDERS** that this action against Defendant LexisNexis Risk Data Retrieval Services, LLC shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this    15th    day of March, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE